COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In the Interest of A.L.P., a Child |
| Appellate case number: | 01-19-00144-CV |
| Trial court case number: | 18-DCV-252443 |
| Trial court: | 505th District Court of Fort Bend County |

Proceeding pro se, appellant, C.J.M., has filed a notice of appeal of the trial court's final decree of termination. Appellant's brief initially was due on April 29, 2019. *See* TEX. R. APP. P. 28.4(a), 38.6(a). And, we extended the time for filing appellant's brief to June 3, 2019, with no extensions absent extraordinary circumstances. Appellant has filed a motion for an extension of time to file his brief. We **grant** the motion. **Appellant's brief is due no later than MONDAY, JULY 1, 2019.** *See* TEX. R. APP. P. 38.6(d).

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition no later than August 26, 2019, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. **Accordingly, no further extensions of time will be granted.**[1]

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
☑ Acting individually     ☐ Acting for the Court

Date:  __June 11, 2019__

---

[1] "Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable and mandatory rules of pleading and rules of procedure." *Morris v. Am. Home Mortg. Serv., Inc.*, 360 S.W.3d 32, 36 (Tex. App.—Houston [1st Dist.] 2011, no pet.); *see Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978); *Green v. Fed. Nat'l Mortg. Ass'n*, No. 01-18-00258-CV, 2019 WL 1716347, at *2 (Tex. App.—Houston [1st Dist.] Apr. 18, 2019, no pet. h.).